```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

          Plaintiff,

-against-

NYC FLOORING LLC,

          Defendant.

**DEFAULT JUDGMENT**

Case No. 19-CV-11655 (VM)

    This action having been commenced on December 19, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, NYC Flooring LLC, by personal service on January 3, 2020, and a proof of service having been filed on January 9, 2020, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED that Plaintiff, District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, have judgment against Defendant in the amount of $13,907.84 plus prejudgment interest thereon at the New York State statutory rate of nine percent per annum accruing from September 5, 2019 in the amount of $733.88, plus $1,260 for attorneys' fees and $572.06 for costs accrued by Plaintiff to date in this action, for a total sum of $16,473.78 in favor of Plaintiff and against Defendant, plus additional attorneys' fees and costs associated with this action and enforcement of this Judgment.

    SO ORDERED.

Dated: April 16, 2020
       New York, New York

_____
Victor Marrero
U.S.D.J.